COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

IN RE: DISH NETWORK L.L.C. AND §        No. 08-16-00300-CV
ECHOSPHERE L.L.C.,

§       AN ORIGINAL PROCEEDING

Relators.

§          IN MANDAMUS

§

§

**O R D E R**

Pending before the Court is a motion to clarify our order, issued on November 8, 2016, staying further proceedings in cause number 2016-DCV-2745 and staying Respondent's order, signed on November 2, 2016, granting the Real Party in Interest's motion to compel responses to requests for production regarding disqualification of Relators' counsel. It was the Court's intent to stay further proceedings in cause number 2016-DCV-2745 as well as the November 2, 2016 discovery order, pending resolution of the mandamus proceeding. To the extent it is necessary to clarify our stay order, the motion to clarify is granted. Respondent is hereby ordered to stay all proceedings in cause number 2016-DCV-2745, styled *Yvette Delgado v. Dish Network L.L.C. and Echosphere L.L.C.*, pending resolution of this original proceeding. Respondent is further ordered to stay the order signed by Respondent on November 2, 2016 granting the Real Party in Interest's motion to compel responses to requests for production regarding disqualification of Relators' counsel. The Real Party in Interest also requests that the Court issue an order allowing

1

other discovery and proceedings related to the potential disqualification of Relator's counsel to continue while the mandamus is pending. That request is denied.

IT IS SO ORDERED this 16th day of December, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.